BOARD OF EDUCATION v. EVANS

No. 120 PC.

Case below: 21 N.C. App. 493.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

BOWEN v. JONES

No. 80 PC.

Case below: 21 N.C. App. 224.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

BRAY v. BOARD OF EDUCATION

No. 77 PC.

Case below: 21 N.C. App. 225.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

CHADBOURN, INC. v. KATZ

No. 93 PC.

Case below: 21 N.C. App. 284.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 July 1974.

CITY OF DURHAM v. MANSON

No. 88.

Case below: 21 N.C. App. 161.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 June 1974.